

United States Court for the
Eastern District of Pennsylvania

Mr. Coston L.Pratt

VS.

UNIVERSITY OF Pennsylvania
and UNIVERSITY OF Pennsylvania Police.
office of the General Counsel
133 South 36th St, Suite 300
Philadelphia, PA. 19104-3246

**16    5011**

Complaint for civil action

I _Coston L. Pratt_, on this day of _Aug 9_ /16th/ 2016, is filling a
civil action against the : _UNIVERSITY of Pennsylvania and_
_university of Pennsylvania Police._
_For violation(s) of Plaintiff U.S. constitutional_
_amend IV rights._
_The university of Pennsylvania Search without a_
_warrant to search my House on 3/3/2016_
_is not reasonable simply because the officers didn't_
_have probable cause. (to believe that (check)_
_incriminatory evidence will be disclosed within_
_my House 3907 chestnut st Phila. PA of this constituted_
_"exigent circumstances, it would be almost impossible to_
_to think of a case in which a warrant would be necessary_
_An House is per se protected by the search warrant procedure_
_of U.S. Const. Amend. IV()_

VIOLATIONS of THE 4th Amendment

Probable cause to believe that a person has committed a crime on the street does not necessarily give rise to Probable cause to Search his House.

On 12/2015. I Coston Pratt deposit a check for friend into T.D. Bank N.A ATM at 37th walnut st. Phila. PA. on 3/3/2016 at 6am my (2) front doors was Busted in and My Bedroom door Busted in with by undercover Agents from University of Pennsylvania Police. I was graced at my Bed on the Floor. Hitting my head and Back. going down hall way down steps. Placed in Broken chair. while my 8 room house was Being "SEARCHED" for about 2 hours. I was informed that (SEARCHE) was for illegal Guns and drugs. There was no Guns, drugs and or checks in my house. So not only did University of Pennsylvania Police violated my U.S. Constitutional 4th Amendment rights. By Searching my house without Search warrant, they Violated my Legal rights.

Respectfully,

_____



United States Court for the

Eastern District of Pennsylvania

Mr. Coston L. Pratt        :    ~Civil Action No. **16**   **5011**

    V.           :

_University of Pennsylvana_

        _and_        :

_University of Pennsulvana Police_

## VERIFICATION

I, _Coston L. Pratt_, hereby certify that the statements made in the foregoing Motion are true and correct to the best of my understanding, information, knowledge, and belief. I understand that false statements made herein are subject to the penalties of 18 Pa.C.S. Section 4904 relating to Unsworn Falsification to Authorities.

DATE _9/16/16_                    SIGN _Coston L. Pratt_

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: *Philadelphia*

CIVIL COMPLAINT

| Magisterial District Number: | PLAINTIFF: | NAME and ADDRESS |

District Justice Name: Hon.

Address.

Telephone: (     )

mr. Coston L. Pratt CCC- ~~~~ 2815 North 17th
~~~~ Phila PA ~~~~ 19132

VS.

DEFENDANT: NAME and ADDRESS

University of Pennsylvania &
University of Penn Police
133 South 36 St. Suite 300
Phila. PA. 19104

Docket No:

Date filed:

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ | / / |
| POSTAGE | $ | / / |
| SERVICE COSTS | $ | / / |
| CONSTABLE ED | $ | / / |
| TOTAL | $ | / / |

$ 4,050,000:00

TO THE DEFENDANT: The above named plaintiff(s) asks judgment against you for $ ~~~~ together with costs upon the following claim (Civil filing must include citation of the statute or ordinance violated):

1. Illegal NON-Search warrant
2. Mental Suffering
3. Physical Suffering
4. Financial Suffering
5. Increase in Health Problems.

I, _Coston L. Pratt_ verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

Plaintiff's
Attorney:                                          Address:

Telephone: (     )

Coston L. Pratt
(Signature of plaintiff or authorized agent)
CCC & Cambria Community Center
~~~~ State Rd. #60244 2815 N. 17th
Phila. PA. ~~~~ 19132

IF YOU INTEND TO ENTER A DEFENSE TO THIS COMPLAINT, YOU SHOULD SO NOTIFY THIS OFFICE IMMEDIATELY AT THE ABOVE TELEPHONE NUMBER. YOU MUST APPEAR AT THE HEARING AND PRESENT YOUR DEFENSE. UNLESS YOU DO, JUDGMENT MAY BE ENTERED AGAINST YOU BY DEFAULT.

If you have a claim against the plaintiff which is within district justice jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five (5) days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

AOPC 308A-02

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MR. COSTON L. PRATT

~~Frederick's~~ ~~~~

Philadelphia, PA. 00000

*In the space above enter the full name(s) of the plaintiff(s).*

- against -

university of Pennsylvania
                                    And
university of Pennsylvania
Police,
office of the Gen' Counsel
133 south 36th st, suite-300
Philadelphia, PA. 19104-3246

*In the space above enter the full name(s) of the defendant(s). If you*
*cannot fit the names of all of the defendants in the space provided,*
*please write "see attached" in the space above and attach an*
*additional sheet of paper with the full list of names. The names*
*listed in the above caption must be identical to those contained in*
*Part I. Addresses should not be included here.)*

**16    5011**

COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes    ☐ No
                    (check one)

I.       **Parties in this complaint:**

A.       List your name, identification number, and the name and address of your current place of
         confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
         as necessary.

Plaintiff       Name _____ Coston Pratt _____
                ID # _____ 602447 _____
                Current Institution _____ ~~Frederick~~ CCC _____
                Address _____ ~~~~ 2815 N. 17th street _____
                _____ Philadelphia PA. 19132 _____

Rev. 10/2009

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _University of Penn Police officer_ Shield # _N/A_
Where Currently Employed _University of Pennsylvania_
Address _133 South 36th Street, Suite-300_
_Philadelphia, PA 19104_

Defendant No. 2   Name _university of Penn Police officer_ Shield # _N/A_
Where Currently Employed _university of Pennsylvania_
Address _133 South 36th St, Suite-300_
_Philadelphia, PA. 19104_

Defendant No. 3   Name _university of Penn Police officer_ Shield # _N/A_
Where Currently Employed _university of Pennsylvania_
Address _133 south 36th St, Suite-300_
_Philadelphia, PA. 19104_

Defendant No. 4   Name _university of Penn Police officer_ Shield # _N/A_
Where Currently Employed _university of Pennsylvania_
Address _133 south 36th St, Suite-300_
_Philadelphia, PA, 19104_

Defendant No. 5   Name _university of Penn Police officer_ Shield # _N/A_
Where Currently Employed _university of Pennsylvania_
Address _133 South 36th St, Suite-300_
_Philadelphia, PA, 19104_

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?   _N/A_

B.   Where in the institution did the events giving rise to your claim(s) occur?   _N/A_

C.   What date and approximate time did the events giving rise to your claim(s) occur?   _3/3/2016 6:30 A.M_

Violations of Plaintiff's
U.S. Constitutional amend IV rights

**D.   Facts:**

The university of Pennsylvania Police Search without a Search warrant of my House on 3/3/2016 at 6:30 A.m Est. The university of Pennsylvania Police didn't have Probable cause to believe that, illegal Guns, illegal drugs and or illegal checks / credit cards incriminating evidence will / would be disclosed within my House 5109 Chestnut st. At 6:15 / 6:30 Am the University of Pennsylvania Busted and kicked my front (2) doors my Bed room door Busted in (3) university of Penns, lvania undur cover Police agents I was grazed at my head on to floor. Hit on my head and Back grazed down hallway down (30) steps, Placed in (1) Broken chair, while my (1) room house and Basement was being Searched, for about 1 hour, I was informed that the (Search) was for illegal Guns and drugs. Not only did university of Pennsylvania Police violated my U.s. Constitutional 4th Amendment rights By Searching my House without Search warrant.

**III.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Twenty I was grazed on head. my Head and Back. Plaintiff has Medical Complications and/or Related Psychiatric Problems. Chronic Back Pain

**IV.   Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes _____ No _✓_

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure? N/A

   Yes _____ No _____ Do Not Know _____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)? N/A

   Yes _____ No _____ Do Not Know _____

   If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose? N/A

   Yes _____ No _____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes _____ No _____.

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   _____

   1.   Which claim(s) in this complaint did you grieve? _____

   _____

   2.   What was the result, if any? _____

   _____

   3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

   _____

   _____

   _____

   _____

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here: _____

        _____

        _____

        _____

        _____

    2.   If you did not file a grievance but informed any officials of your claim, state who you

        informed, when and how, and their response, if any:_____

        _____

        _____

        _____

        _____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. _____

_____

_____

_____

_____

_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

## V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount).   ___**$4,000,000.00**_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

VI.     **Previous lawsuits:**

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

        Yes _____  No  ✓

B.      If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

        1.      Parties to the previous lawsuit:

        Plaintiff _____ _Coston Pratt v,_____

        Defendants _____ _University of Pennsylvania_____

        2.      Court (if federal court, name the district; if state court, name the county)  _Philadelphia_

        3.      Docket or Index number _____

4.   Name of Judge assigned to your case _____ N/A _____

5.   Approximate date of filing lawsuit _____ 8/9/2016   9/9/2016

6.   Is the case still pending?   Yes _____ No _____

     If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____ N/A _____
     _____
     _____

On other claims

C.   Have you filed other lawsuits in state or federal court?

     Yes _____ No ✓

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

     1.   Parties to the previous lawsuit:

     Plaintiff _____
     Defendants _____

     2.   Court (if federal court, name the district; if state court, name the county) _____

     3.   Docket or Index number _____

     4.   Name of Judge assigned to your case _____

     5.   Approximate date of filing lawsuit _____

     6.   Is the case still pending?   Yes _____ No _____

          If NO, give the approximate date of disposition _____

     7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
          _____
          _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __Fri__ day of _____ aug 9 _____, 20 16.

                              Signature of Plaintiff _____

                              Inmate Number ____ 602447 ____

Institution Address _____ *[handwritten]* CCE
_____ 2815 N. 17th St
Philadelphia, PA 19132

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.

I declare under penalty of perjury that on this *Fri* day of _____*Aug* 9_____, 20 *16* , I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.

Signature of Plaintiff: *Castro Pratt*

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COSTON PRATT                              :

     V.                              :   CIVIL ACTION NO._____

UNIVERSITY OF PENNSYLVANIA

        AND                     :

UNIVERSITY OF PENNSYLVANIA

POLICE

Office of the General Counsel

133 south 36th st, suite-300

Philadelphia, PA.19104-3246

## PLAINTIFF RELIEF

1) Plaintiff seeks a preliminary and permanent injunction that would in the future prevent the defendant's malevolent conduct that caused initial **VIOLATIONS of the Plaintiff CONSTITUTIONAL RIGHTS**

### (U.S. Const amend. IV)

Whatever the mechanism that was employed by the alleged actors **University of Pennsylvania Police** for which id employed by **University of Pennsylvania**

Plaintiff is asking that it be mooted, modified and/or omitted in order to ensure that future infringements into petitioners **U.S. Const amend IV rights** and the protected rights of other Plaintiffs in Philadelphia and On **University of Pennsylvania** grounds are prevented

2) Plaintiff seeks nominal damages for the **Violation(s)
    Of his Constitutional rights** in the amount of:
     **$90.000.00**

3) Plaintiff seeks Compensatory damages for the on going,
    staggering **Psychiatric, emotional distress,
     Grave Mental conditions.**
     Chronic effects from untreated Alcohol/Drugs on the
    Brain and Spiritual anguish from not being able to make
    daily N.A./A.A. meetings.
     The Complications to his Physical health:
      (High Blood pressure, Hep-C Liver damages and
    untreated by Plaintiff **GASTROENTEROLOGY** on
    5/13/2016 by Dr. Mervya D. Danileaitz, M.D., A.G.A.F.
    Massive weight gain, P.T.S.D. from3/3/2016 by
    **university of Pennsylvania Police illegal-force** into
    plaintiff house and **illegal-Search.**
     This is total Violation(s) of his CONSTITIONAL RIGHTS
    that he has suffered in the amount of.
     $2,720.300.00

4) Plaintiff seeks punitive damages Collectives for the
    malicious conduct of the University of Pennsylvania
    Police; Which deprived petitioner of his liberty
    opportunities to pursue happiness and the restoration
    of his family life and opportunity to be with his sister
    Robin B.Best in her struggle with cancer that took her
    life on July 4th, 2016,and also plaintiff lost his
    relationship with his girlfriend of 4years because of his
    imprisonment. The Plaintiff has also lost his contacts
    with his children and grand-Children.

Plaintiff seeks Compensation in the amount of $1,240.000.00